# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                                                                          CR. NO. 04-10076-RGS

CASSANDRA BEATTY
TERRENCE DAVIS

## *NOTICE*

March 22, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 2:30 p.m., Tuesday, March 30, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                                  /s/
                                        **MARIANNE B. BOWLER**
                                        Chief  United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\*  **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**