```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-CR-10076-RGS |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. CASSANDRA BEATTY | ) | 21 U.S.C. § 963 |
| 2. TERRENCE DAVIS | ) | Conspiracy to Import Cocaine |
| | ) | |
| | ) | 21 U.S.C. §§ 952(a) & 960(a) |
| | ) | Importation of Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Forfeiture Allegation |

## SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 963 - Conspiracy to Import Cocaine)

The Grand Jury charges that:

In or about December 2003, at Boston, in the District of Massachusetts, in Jamaica, and elsewhere,

### 1. CASSANDRA BEATTY, and

### 2. TERRENCE DAVIS

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 963.

**COUNT TWO:**       (21 U.S.C. § 952(a) & 960(a) - Unlawful Importation of Cocaine)

The Grand Jury further charges that:

On or about December 2, 2003, in Boston, in the District of Massachusetts, and elsewhere,

**CASSANDRA BEATTY,**

defendant herein, did knowingly and intentionally import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

**COUNT THREE:**     **(21 U.S.C. §§ 952(a) & 960(a) - Unlawful Importation of Cocaine)**

The Grand Jury further charges that:

On or about December 2, 2003, in Boston, in the District of Massachusetts, and elsewhere,

**TERRENCE DAVIS,**

defendant herein, did knowingly and intentionally import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the importation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

## FORFEITURE ALLEGATION

## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the narcotics offenses alleged in Counts One, Two, and Three of this Indictment,

**CASSANDRA BEATTY and**

**TERRENCE DAVIS**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraphs 1 and 2.

All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

1.   Defendant Cassandra Beatty is responsible for at least 500 grams but less than two kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

2.   Defendant Terrence Davis is responsible for at least 500 grams but less than two kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; October 28, 2004.

　　Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
10/28/04
3:00pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Logan Airport    **Category No.** II    **Investigating Agency** ICE

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf.  Yes    Case No.  04-CR-10076-RGS
Same Defendant  Yes    New Defendant ___
Magistrate Judge Case Number  03-906-MBB
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

**Defendant Name** Cassandra Ann Beatty    Juvenile  [ ] Yes  [X] No

**Alias Name** ___

**Address** 591 Kelton Avenue, Columbus, OH  43205

**Birth date (Year only):** 1969  **SSN (last 4 #):** 0339  **Sex** F  **Race:** Black    **Nationality:** USA

**Defense Counsel if known:** Martin Richey    **Address:** Federal Defender's Office
Boston, MA 02210

**Bar Number:** ___

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:**  [ ] Yes  [X] No    **List language and/or dialect:** ___

**Matter to be SEALED:**  [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

**Arrest Date:** 12/2/3003

[X] Already in Federal Custody as  12/3/2003    in  U.S. Marshal Service
[ ] Already in State Custody ___    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by ___ on ___

**Charging Document:**  [ ] Complaint    [ ] Information    [X] Indictment
**Total # of Counts:**  [ ] Petty ___    [ ] Misdemeanor ___    [X] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 28, 2004    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Cassandra Ann Beatty

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2  21 USC §§ 952(a), 960(a) | Unlawful Importation of Cocaine | 2 |
| Set 3  21 USC § 853 | Criminal forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Logan Airport    Category No. II    Investigating Agency  ICE

City   Boston                Related Case Information:

County  Suffolk              Superseding Ind./ Inf.  Yes         Case No.   04-CR-10076-RGS
                             Same Defendant    Yes         New Defendant _____
                             Magistrate Judge Case Number     03-906-MBB
                             Search Warrant Case Number  _____
                             R 20/R 40 from District of  _____

Defendant Information:

Defendant Name   Terrence Lamar Davis              Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   169 Punta Ally, Columbus, OH 43201-3541

Birth date (Year only): 1969   SSN (last 4 #):  5494   Sex  M   Race:  Black    Nationality:  USA

Defense Counsel if known:   Michael J. Liston        Address:  2 Park Plaza, Suite 610
                                                               Boston, Ma 02116
Bar Number:  _____

U.S. Attorney Information:

AUSA   David G. Tobin                     Bar Number if applicable   552558

Interpreter:    ☐ Yes  ☒ No      List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested       ☐ Regular Process        ☒ In Custody

Location Status:

Arrest Date:   12/2/03

☒ Already in Federal Custody as   12/3/03           in   U.S. Marshal Service
☐ Already in State Custody  _____      ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____   on  _____

Charging Document:    ☐ Complaint       ☐ Information       ☒ Indictment

Total # of Counts:    ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony  2

                 Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  October 28, 2004          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Terrence Davis

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2   21 USC §§ 952(a), 960(a) | Unlawful Importation of Cocaine | 3 |
| Set 3   21 USC § 853 | Criminal Forfeiture allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**