## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) **CRIMINAL NO.** |
| | ) **04-10076 − RGS** |
| **CASSANDRA BEATY and** | ) |
| **TERRENCE DAVIS** | ) |
| | ) |

### DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATIONS THAT HE SERVE HIS SENTENCE AT FCI MILAN AND THAT HE PARTICIPATE IN A 500 HOUR DRUG ABUSE PROGRAM

The defendant Terrence Davis moves, through his court appointed attorney, for recommendations at sentencing that he participate in the Bureau of Prisons' five hundred hour Residential Drug Abuse Program and that he serve his  sentence at FCI Milan in Michigan where most of his family resides.  Davis submits that his PSR reflects that he would benefit from an intensive drug program and that his conduct since his arrest manifests both his understanding that he needs treatment and his sincere desire to obtain treatment.

By his attorney,

s/Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:  February 18, 2005