OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way  -  Suite 2300
Fan Pier
Boston, Massachusetts  02210

**Sarah Allison Thornton**
**Clerk**

**Mary H. Johnson**
**Deputy Clerk to the Honorable**
**Richard G. Stearns**
**U. S. District Judge**

**September 7, 2007**

Mr. James Bonini, Clerk
U. S. District Court for the Southern
District of Ohio
260 Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, Ohio   43215

RE:   United States of America v. Terrence Davis
Your Criminal No. 2:07CR161ALM

**Dear Mr. Bonini:**

Pursuant to a Transfer of Jurisdiction Order signed by U. S. District Judge Algenon L. Marbley of the Southern District of Ohio accepting jurisdiction of the above-named defendant on August 9, 2007, enclosed please find certified copies of the following pleadings:

1.  Superseding Indictment;
2.  Judgment and Commitment Order;
3.  Statement of Reasons;
4.  Docket Sheet

If I can be of any further assistance to you in this matter, please do not hesitate to contact me.

**Very truly yours,**

**SARAH A. THORNTON, Clerk**

**By:**
**/s/ Mary H. Johnson**
_____
**Deputy Clerk**

**Enclosures**